UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
　　　　　Plaintiff,

-against-

Alma Thomas,

　　　　　Defendant.

---

**DEFAULT JUDGMENT**

CV # : 05-CV-543
Claim #: C-61542W
Judge: Carol Bagley Amon

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 18 2005
TIME A.M. _____ P.M.

The summons and complaint in this action having been duly served on the above named defendant, and affidavit of service duly filed with the court, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Liberatore J. Iannarone, the attorney for the plaintiff, it is hereby;

ORDERED and Adjudged, that the United States of America, the plaintiff, do recover of Alma Thomas, the defendant(s) residing at 8 Penndale Drive Amityville, NY 11701 the sum of $4,000.00 the amount claimed, plus interest in the sum of $3,175.14 with $422.50 costs and disbursements, amounting in all to the sum of $7,597.64, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have execution therefore.

Judgment Dated

April 14, 2005

By: _s/CBA_____
U.S.D.J. or Deputy Clerk